IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED FIRE & CASUALTY COMPANY,**
an Iowa Stock Insurance Company,

**Plaintiff,**

v.

**WAL-MART STORES, INC., R.J. BRINKMAN
COMPANY, REDNOUR STEEL ERECTORS,
INC., JAY C. JEFFERS and SHERRY JEFFERS,**

**Defendant.**                                                                 No. 09-309-DRH

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is Defendant Wal-Mart Stores, Inc. ("Wal-mart") and Plaintiff United Fire & Casualty Company's Joint Motion to Stay Proceedings (Doc. 64). The parties request that this matter be stayed for ninety-days in order to allow the parties to ascertain if additional insurance is available to Defendant Wal-Mart and to reach an agreement as to the primacy of any available policies. The parties argue that such a stay would conserve both this Court and the parties' resources as the parties may potentially resolve their issues or, at the very least, the parties will be able to determine the necessary parties and the contested issues in this matter. Based on the reasons in the motion, the Court **GRANTS** Defendant Wal-Mart and Plaintiff United Fire and Casualty Company's Joint Motion to Stay Proceedings (Doc.

64).  Accordingly, the Court **STAYS** this matter for **ninety (90) days**.

    **IT IS SO ORDERED.**

Signed this 29th day of October, 2009.

          /s/   David R. Herndon

        **Chief Judge**
        **United States District Court**